SEALED BY ORDER OF THE COURT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2002

at 2 o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD JOHNSON
Assistant U.S. Attorney

WES REBER PORTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>BENJAMIN CARAVALHO, JR.,<br><br>    Defendant. | CR. NO. CR02-00383 DAE<br><br>**INDICTMENT**<br><br>[18 U.S.C. § 922(g)(3);<br> 18 U.S.C. § 924(a)(2)] |

## I N D I C T M E N T

The Grand Jury charges that:

On or about March 1, 2002, in the District of Hawaii, defendant BENJAMIN CARAVALHO, JR., then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting

//

commerce a firearm, to wit, Walther model P99, .40 caliber pistol bearing Serial Number 463478.

In violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: September 12, 2002 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD JOHNSON
Assistant U.S. Attorney

_____
WES REBER PORTER
Assistant U.S. Attorney

United States v. BENJAMIN CARAVALHO, JR.
Cr. No.
"INDICTMENT"